**MEMO ENDORSED.**

# ERLANGER LAW FIRM PLLC

ROBERT K. ERLANGER
Admitted New York

ANNA LIVSHITS
*Of Counsel*
Admitted New York

880 Third Avenue, 5th floor
New York, New York 10022
Tel.: (212) 686-8045
Fax: (212)-
Email: rke@erlangerlaw.com
Website: erlangerlaw.com

January 14, 2025

BY ECF

Hon. Ona T. Wang, U.S.M.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

   Re: *Wadsworth v. New York City District Council*
     Docket No. 24-cv-09249 (JPC)(OTW)

Dear Magistrate Judge Wang:

This is a discrimination action that has been automatically referred to mediation. The mediator has been assigned and we are in the process of setting a mediation date, most likely mid-February at the earliest. Per the Pilot Discovery Protocols, we are already exchanging documents and information.

  The Court set the Initial Case Management Conference for next Tuesday, January 21. As the parties are required and intend to engage in good faith mediation, counsel jointly and respectfully request that the Conference be adjourned to any date during the last week of February, except for the 28th. If the case settles, the Conference will not be necessary. If the case does not settle, counsel will be in a better position to determine what documents, if any, still need to be produced and can set more accurate discovery deadlines.

  The parties respectfully ask that the Court so-order this letter.

Respectfully submitted,

s/ Robert K. Erlanger
for Plaintiff

s/ Gillian Costello
for Defendant

**Application GRANTED. The conference is ADJOURNED to March 11, 2025, at 10:00 a.m.**

**SO ORDERED.**

_____
Ona T. Wang    Jan. 15, 2025
U.S.M.J.