**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SINADE WADSWORTH,

               Plaintiff,

               -against-

NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS AND JOINERS OF AMERICA,

               Defendants.
------------------------------------------------------------x

24-CV-9249 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

An initial case management conference was held on March 11, 2025. Accordingly, as discussed at the conference:

- Defendants' anticipated motion to dismiss is due **April 4, 2025**.

- Plaintiff's opposition is due **April 18, 2025**.

- Defendants' reply is due **April 25, 2025**.

The parties are further directed to file a joint status letter on the docket on the last business Friday of each month until the close of discovery, beginning **May 30, 2025**.

      **SO ORDERED.**

Dated: March 14, 2025
       New York, New York

                                             *s/ Ona T. Wang*
                                                **Ona T. Wang**
                                   United States Magistrate Judge