**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
SINADE WADSWORTH,                                           :
                                                            :
                 Plaintiff,                                 :          24-cv-9249 (JPC) (OTW)
                                                            :
          -against-                                         :               **ORDER**
                                                            :
NEW YORK CITY DISTRICT COUNCIL OF                           :
CARPENTERS AND JOINERS OF AMERICA,                          :
                                                            :
                 Defendants.                                :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a post-discovery status conference in this matter on **Wednesday,**

**October 28, 2026 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.


**SO ORDERED.**


                                                    _s/ Ona T. Wang_____
Dated: June 3, 2026                                        **Ona T. Wang**
       New York, New York                          United States Magistrate Judge