**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
SINADE WADSWORTH,                                           :
                                                           :
                        Plaintiff,                         :            24-CV-9249 (JPC) (OTW)
                                                           :
            -against-                                      :            **POST-CONFERENCE ORDER**
                                                           :
NEW YORK CITY DISTRICT COUNCIL OF                          :
CARPENTERS AND JOINERS OF AMERICA                          :
                                                           :
                        Defendant.                         :
                                                           :
------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court held a status conference in this matter on May 28, 2026. As discussed at the conference, the discovery deadlines in this case are **EXTENDED** as follows:

- The deadline for all depositions is extended to **July 31, 2026**; and

- The deadline for all fact discovery is extended to **September 30, 2026.**

Plaintiff is further directed to provide the requested HIPPA disclosures to Defendant by **June 5, 2026**.

        The parties are directed to continue to submit a joint status letter on the last business Friday of every month.

        **SO ORDERED.**


        */s/  Ona T. Wang*
Dated: June 4, 2026                                    **Ona T. Wang**
      New York, New York                         United States Magistrate Judge