**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

SINADE WADSWORTH, :

Plaintiff, : 24-CV-9249 (JPC) (OTW)

-against- : **ORDER**

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA, :

Defendants. :

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a post-discovery conference in this matter on October 14, 2026. As discussed at the conference, parties are directed to file a joint status letter by **October 23, 2026**, that explains where parties are in discovery, whether any items remain outstanding, and if so, the timeline for completion. Parties' joint status letter should also address what parties plan to do next in the case, whether it be filing dispositive motions, preparing for trial, or pursuing settlement or mediation.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 15, 2026
New York, New York